J. BENNETT FRIEDMAN, ESQ., SBN 147056
    jfriedman@flg-law.com
MICHAEL SOBKOWIAK, ESQ., SBN 242718
    msobkowiak@flg-law.com

FRIEDMAN LAW GROUP, P.C.
1900 Avenue of the Stars, 11th Fl.
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Plaintiff Vertex Advisors Limited

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARK ELIAS CRONE,<br><br>Debtor.<br><br>―――――――――――――――<br><br>VERTEX ADVISORS LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ELIAS CRONE,<br><br>Defendant. | LEAD CASE NO.: 2:17-bk-12392-BR<br><br>ADV. CASE NO.:<br><br>Chapter 7<br><br>**COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF A DEBT PURSUANT TO SECTION 523 OF THE BANKRUPTCY CODE** |

Plaintiff-Creditor Vertex Advisors Limited ("Vertex," or "Plaintiff") submits and files this Complaint against Defendant-Debtor Mark Elias Crone ("Crone," or "Defendant"), and respectfully alleges as follows:

1

COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF A DEBT

# I.

# INTRODUCTION

1. This adversary proceeding (the "Adversary") arises from damages that Plaintiff has sustained, and continues to sustain, by virtue of Defendant's willful and malicious embezzlement of at least $25,000 in funds from Plaintiff.

# II.

# JURISDICTION, VENUE AND NATURE OF MATTER

2. Plaintiff seeks a determination and declaration finding that the debt owed to it by the Debtor is non-dischargeable under § 523(a)(4) of the Bankruptcy Code.[1]

3. Venue is proper in this judicial district under 28 U.S.C. § 1409 as this Adversary is a proceeding arising in, arising under, and/or related to the bankruptcy case styled *In re Mark Elias Crone*, Case No. 2:17-bk-12392-BR (the "Case"), a case under chapter 7 of the Bankruptcy Code, and which is pending in the United States Bankruptcy Court for the Central District of California (the "Court," or the "Bankruptcy Court").

4. The Bankruptcy Court has jurisdiction over this Adversary pursuant to 28 U.S.C. §§ 151, 157 and 1334.

5. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (I) and this Court can and should enter final judgment on all claims for relief asserted herein.

6. Regardless of whether this proceeding is core, non-core, or otherwise, Plaintiff consents to the entry of a final order and judgment by the Bankruptcy Court.

# III.

# THE PARTIES

7. Plaintiff Vertex Advisors Limited is, and at all relevant times herein was, a private limited company formed under the laws of England and Wales.

---

[1] 11 U.S.C. § 101 *et seq.*

2
COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF A DEBT

8.  Defendant Mark Elias Crone, the debtor in the Case, is an individual, and on information and belief, Plaintiff alleges that Crone is a resident of Los Angeles, California. Defendant purports to be a capable and qualified securities lawyer and became affiliated with CKR Law, LLP ("CKR Law") in order to, and based on his representations to CKR Law and others in 2014 that he was then able and qualified to, provide quality legal services on behalf of CKR Law's clients.

## IV.

## GENERAL ALLEGATIONS

9.  Beginning in February 2014, and continuing through no later than April 26, 2016, Defendant was a member CKR Law, a global law firm.

10. Primarily because of certain historic, ongoing, and prospective legal and regulatory issues, of which Defendant was the subject (these issues are unrelated to Plaintiff), the owners and members of CKR Law agreed that Vertex would be used as a vehicle through which certain investment and advisory consulting services would be rendered and performed on behalf of clients and prospective clients of CKR Law located outside of the United States.

11. At all relevant times herein, Defendant was intended to become an owner of fifty-percent (50%) of the equity of Plaintiff, and an officer of Plaintiff. Defendant withdrew from Plaintiff and relinquished his position as an officer thereof in April, 2016.

12. At all relevant times herein, Defendant owed fiduciary duties to Plaintiff.

13. In the ordinary course of Vertex's business, invoices were issued by it to its client and resulting payments were to be deposited into Vertex's bank account.

14. Notwithstanding the foregoing standard billing and cash management procedure, on numerous occasions during the period October 2015 through a time as yet determined, Defendant unlawfully and without authority redirected and converted payments due to Plaintiff for his own benefit.

15. The aggregate sum of the payments wrongfully diverted by Defendant is

3

COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF A DEBT

reasonably believed to be in excess of $25,000, but absent discovery the quantum cannot be determined with precision.

### FIRST CLAIM FOR RELIEF

(Nondischargeable Debt Under 11 U.S.C. § 523(a)(4))

16. Plaintiff repeats, realleges and incorporates by this reference each and every allegation set forth in Paragraphs 1 through 15 above, as though fully set forth herein.

17. The above facts show that Defendant embezzled funds belonging to Plaintiff while acting in a fiduciary capacity – which constitutes larceny.

18. As a result of Defendant's conduct, Plaintiff has been deprived of the use of such funds, and, in June 2016, filed suit in the Supreme Court of the State of New York in and for the County of New York against Defendant for damages.

19. All or part of the debt arising from Defendant's misappropriation and embezzlement of Vertex's funds, in an amount not yet determined, is non-dischargeable as it is a debt for embezzlement or larceny within the meaning of Bankruptcy Code § 523(a)(4).

### PRAYER

WHEREFORE, Plaintiff-Creditors respectfully request that this Court enter a judgment determining that the debt described herein of the Defendant to Plaintiff is non-dischargeable under Bankruptcy Code § 523(a)(4) and granting Plaintiff such other and further relief as this Court may deem just and proper.

Respectfully submitted,

DATED: June 12, 2017         FRIEDMAN LAW GROUP, P.C.

By: /s/ Michael Sobkowiak
MICHAEL SOBKOWIAK, ESQ.
Attorneys for Plaintiff Vertex Advisors Limited