Theresa Mains, Esq. (Nevada Bar 13373)
Admitted Pro Hac Vice
2251 N. Rampart Blvd. #102
Las Vegas, NV  89128
(954)520-1775; Fax: (702)852-1127
Theresa@TheresaMainsPA.Com
*Attorney for Debtor/Defendant Mark Elias Crone*

FILED & ENTERED

JAN 10 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>    Debtor.<br><br>VERTEX ADVISORS<br><br>    Plaintiff,<br>vs.<br><br>MARK CRONE,<br><br>    Defendant. | Case No. 2:17-bk-12392-BR<br><br>Chapter 7<br><br>Adv. No. 2:17-ap-01312-BR<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS TO THE FIRST CLAIM AND GRANTING MOTION TO DISMISS AS TO SECOND AND THIRD CLAIMS WITH LEAVE TO AMEND**<br><br>**Hearing Date and Time:**<br><br>Date:  December 13, 2017<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>    Royal Federal Building<br>    255 East Temple Street<br>    Los Angeles, California 90012 |

A hearing was held on December 13, 2017, at 10:00 a.m., on Defendant Mark Crone's Motion to Dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6). Appearances were made for Plaintiff and Defendant as reflected in the Court's record.

The Court, having considered the Motion and all documents, declarations, and for reasons stated on the record:

IT IS HEREBY ORDERED:

1. Debtor/Defendant Mark Crone's Motion for To Dismiss GRANTED as to the FIRST (and only) CLAIM for Relief with leave to amend.

2. Plaintiff to file an amended complaint by no later than December 27, 2017 to conform to the Court's concerns and comments as stated on the record on December 13, 2017. If Plaintiff fails to file amended complaint, the Second and Third Claims will be stricken with prejudice.

###

Date: January 10, 2018

Barry Russell
United States Bankruptcy Judge