Theresa Mains, Esq. (Nevada Bar 13373)
Admitted Pro Hac Vice
2251 N. Rampart Blvd. #102
Las Vegas, NV 89128
(954)520-1775; Fax: (702)852-1127
Theresa@TheresaMainsPA.Com
*Attorney for Debtor/Defendant Mark Elias Crone*

FILED & ENTERED

APR 02 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>MARK ELIAS CRONE,<br>　　　　Debtor.<br><br>VERTEX ADVISORS<br>　　　　Plaintiff,<br>vs.<br>MARK CRONE,<br>　　　　Defendant. | Case No. 2:17-bk-12392-BR<br>Chapter 7<br>Adv. No. 2:17-ap-01312-BR<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**Hearing Date and Time:**<br><br>Date:　February 13, 2018<br>Time:　2:00 p.m.<br>Place:　Courtroom 1668<br>　　　　Royal Federal Building<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012 |

　　　A hearing was held on February 13, at 2:00 p.m. on Defendant Mark Crone's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6). Appearances were made for Plaintiff and Defendant as reflected in the Court's record.

　　　The Court, having considered the Motion and all documents, declarations, and for reasons stated on the record:

IT IS HEREBY ORDERED:

1. Debtor/Defendant Mark Crone's Motion for To Dismiss is GRANTED with prejudice without leave to amend.

###

Date: April 2, 2018

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

2